# In the United States Court of Federal Claims

| | |
|---|---|
| SOPHIRIAN KIM,<br><br>   Plaintiff,<br><br>  v.<br><br>THE UNITED STATES,<br><br>   Defendant. | No. 25-cv-1515<br><br>Filed: October 15, 2025 |

**ORDER**

Plaintiff Sophirian Kim, appearing *pro se*, filed a complaint on September 11, 2025. ECF No. 1. Plaintiff did not pay the required $405.00 filing fee and instead moved to proceed *in forma pauperis*. ECF No. 2 (IFP motion); *see also* 28 U.S.C. § 1926(a); Rule 77.1(c). On September 17, 2025, this Court denied Plaintiff's IFP motion because Plaintiff's motion reflected that she had sufficient funds to pay the filing fee. ECF No. 5 at 2 (Order). Accordingly, the Court ordered Plaintiff to pay the required $405.00 filing fee by October 8, 2025. *Id*. The Order also warned Plaintiff that if she failed to pay the requisite filing fee by October 8, 2025, her complaint would be dismissed for failure to prosecute under Rule 41(b). *Id.*

Four weeks have passed since this Court issued its Order and Plaintiff has yet to pay the filing fee. Rule 41 states that "[i]f the plaintiff fails to prosecute or to comply with . . . a court order, the court may dismiss on its own motion . . . the action." Rule 41(b). This Court informed Plaintiff it would dismiss her complaint if she did not pay the required filing fee, yet Plaintiff still failed to comply with this Court's Order. *See Claude E. Atkins Enters., Inc. v. United States*, 899 F.2d 1180, 1184 (Fed. Cir. 1990) (affirming dismissal under Rule 41(b) after plaintiff was "specifically warned" its complaint may be dismissed for failure to prosecute); *Cassaday v. United*

*States*, 2024-2072, 2024 WL 4554022, at *1 (Fed Cir. Oct. 23, 2024) (affirming dismissal under Rule 41(b) where plaintiff was afforded several weeks to pay filing fee but failed to do so); *King Semaj of English Estate v. United States*, No. 23-1033, 2023 WL 5383144, at *1 (Fed. Cl. Aug. 22, 2023) (dismissal under Rule 41(b) proper where plaintiff failed to pay filing fee after denial of IFP motion).

Accordingly, as Plaintiff failed to comply with this Court's September 17, 2025 Order to pay the filing fee, Plaintiff's action is **DISMISSED** pursuant to Rule 41(b) for failure to prosecute. The Clerk of Court is **DIRECTED** to mark this case as closed.

IT IS SO ORDERED.



*Eleni M. Roumel*
ELENI M. ROUMEL
Judge

2